UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**NESTOR ORTIZ**

INDEX# 08 CV 6769

Plaintiff,

--- AGAINST ---

AFFIDAVIT OF SERVICE

**U.S.A. EXTERMINATORS, INC., ET. AL.**

Defendant,

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 4th day of August, 2008, she served the Summons in a Civil Case and Class action Complaint on U.S.A. EXTERMINATORS INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CHAD MATICE, a white male, with brown hair, glasses, approximately 5'11", 29years of age and 226 lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

MARIA SCHMITZ

Sworn before me this
4th day of August, 2008

LAWRENCE A. KIRSCH
  4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011