UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Nestor Ortiz, Jr., individually and on Behalf
of All Other Persons Similarly Situated,          NOTICE OF APPEARANCE FOR
                                                                              THE DEFENDANTS
                      Plaintiffs,                  U.S.A. EXTERMINATORS INC.
                                                                              PHIL ARON AND
              -against-                  JOHN DOES

U.S.A. Exterminators, Inc., Phil Aron and
John Does #1-10, Jointly and Severally,           Dk # 08-CV-6769  (Hellerstein, J.)

              Defendants.
-------------------------------------------------------------X

     **PLEASE TAKE NOTICE THAT** Robert S. Nayberg, Esq. of The Scher Law Firm, LLP, hereby appears in the above action as counsel of record for the Defendants **U.S.A. EXTERMINATORS INC.**, misidentified in the caption as "U.S.A. Exterminators, Inc.," **PHIL ARON** and "John Does #1-10 … officers, directors and/or managing agents of the Defendants," and requests that copies of all pleadings and documents submitted to date in this action be served upon the undersigned.

Dated:      Carle Place, New York
                 August 22, 2008

                                                              THE SCHER LAW FIRM, LLP

                                                             s/Robert S. Nayberg
                                                             Robert S. Nayberg (RN-7566)
                                                             One Old Country Road, Suite 385
                                                             Carle Place, NY 11514
                                                             Tel. # (516) 746-5040


By ECF To:   Jeffrey M. Gottlieb, Esq.
                    Gottlieb & Associates
                    Attorneys for the Plaintiff
                    150 East 18th Street, Suite PHR
                    New York, NY 10003
                    Tel. # 212-228-9795