UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Nestor Ortiz, Jr., individually and on Behalf      **(Filed Electronically)**
of All Other Persons Similarly Situated,

                                     **Federal Rule of Civil Procedure 7.1**
                     Plaintiffs,              **Disclosure Statement For**
                                                 **The Defendant**
                   -against-            **U.S.A. Exterminators Inc.**

U.S.A. Exterminators, Inc., Phil Aron and      Dk # 08-CV6769 (Hellerstein, J.)
John Does #1-10, Jointly and Severally,

                   Defendants.
------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure Rule 7.1, the Defendant **U.S.A. EXTERMINATORS INC.**, misidentified in this action as **"U.S.A. EXTERMINATORS, INC."** by its attorneys, The Scher Law Firm, LLP, certifies it is a closely held and not publicly traded corporation formed under the laws of the State of New York and that there are no parent or subsidiary corporations related to it and no publicly held corporation owns 10% or more of its stock.

Dated:      Carle Place, New York
               August 22, 2008

                                         The Scher Law Firm, LLP
                                         Attorneys for the Defendant
                                         U.S.A. Exterminators Inc.

                                         S/Robert S. Nayberg
                                         Robert S. Nayberg (RN 7566)
                                         One Old Country Road, Suite 385
                                         Carle Place, NY 11514
                                         Tel. (516) 746-5040