USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Nestor Ortiz, Jr., individually and on Behalf
of All Other Persons Similarly Situated,

               Plaintiffs,

        -against-

U.S.A. Exterminators, Inc., Phil Aron and
John Does #1-10, Jointly and Severally,

            . Defendants.
-----------------------------------------------------------X

**STIPULATION TO EXTEND THE**
**DEFENDANTS' TIME TO RESPOND TO**
**THE SUMMONS AND COMPLAINT**
**TO SEPTEMBER 29, 2008**

Dk # 08-CV-6769 (Hellerstein, J.)

It is hereby stipulated by and between the parties to this action:

    1.    U.S.A. Exterminators Inc., misidentified in the caption and pleadings as "U.S.A. Exterminators, Inc.," Phil Aron and John Does #1-10, Jointly and Severally, ("Defendants") shall have until September 29, 2006 to file their response to the Summons and Complaint.

    2.    All statutes of limitations and/or time limits applicable to Fair Labor Standards Act or New York Labor Law claims that Plaintiffs and/or any potential opt-in plaintiffs could bring against Defendants are tolled for the period beginning on July 29, 2008 through and including September 29, 2008.

    3.    Except as to defenses related to defects in the service of the Summons and Complaint upon the Defendants, which defenses the Defendants hereby waive, the Plaintiffs agree that Defendants are not waiving any defense otherwise available to them, including, without limitation, any statutes of limitations defense with respect to any limitations period that expired prior to July 29, 2008, or will expire after September 29, 2008.

- 1 -

4.    Execution of this document by facsimile shall have the same effect and force as if the document and signatures on it were original.

Dated:    Carle Place, New York
          September 3, 2006

Robert S. Nayberg (RN-7566)
The Scher Law Firm, LLP
Attorneys for the Defendants
One Old Country Road, Suite 385
Carle Place, NY 11514
Tel. (516) 746-5040

Jeffrey M. Gottlieb (JG-7905)
Gottlieb & Associates
Attorneys for the Plaintiffs
150 East 18th Street, Suite PHR
New York, NY 10003
Tel. # (212) 228-9795

SO ORDERED

Alvin K. Hellerstein, U.S.D.J.

9-4-08
Date

OFFICE:\JEA D:\samsamdat VOIDFEIL SORY, OK CY #748 (7-28-08)\FBorp\Stipulation to Amend U.S.A Determination\ Time to Respond re SAC.doc

- 2 -